# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| CHRISTOPHER PAUL PEARSON, ET AL, | ) ) | |
| Plaintiff | ) | 1:15-CV-03849-AT-WEJ |
| v. | ) | 1:15-CV-3816-AT-WEJ |
| DR. WILLIAM WININGER, ET AL, | ) ) | |
| Defendant | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner David C. Gibbs, Jr.** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 6th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE